AO 450 (Rev. 5/85) Judgment in a Civil Case ⊗

# United States District Court

EASTERN DISTRICT OF WISCONSIN

DAVID ELIJAH BOWERS, JR,
    Plaintiff,

v.

DEPARTMENT OF CORRECTIONS, et al.,
    Defendant.

**JUDGMENT IN A CIVIL CASE**

Case No. 17-C-1091

☐    **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒    **Decision by Court.**  This action came before the Court for consideration.

**IT IS HEREBY ORDERED AND ADJUDGED** that the plaintiff takes nothing and this case is DISMISSED without prejudice.

Approved:    s/ William C. Griesbach
    William C. Griesbach, Chief Judge
    United States District Court

Dated: September 29, 2017.

STEPHEN C. DRIES
Clerk of Court

s/ Mary Fisher
(By) Deputy Clerk